UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ORIGINAL FILED**

APR 2 7 2007

ON, CLERK
RT

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case: 1:07-mc-00165 |
| v. ) | Assigned To : Lamberth, Royce C. |
| ) | Assign. Date : 4/27/2007 |
| GREGORY DANIELS, ) | Description: MISC |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF REMOVAL OF SUBPOENA

Court Services and Offender Supervision Agency (CSOSA) employee, Charles Kirkland, Jr., through undersigned counsel, respectfully notifies the Court as follows:

1. CSOSA employee Charles Kirkland, Jr., has been subpoenaed by Defendant to appear and give testimony for the defense in the Case No. 2006 CF2 24529, <u>United States v. Gregory Daniels</u>, pending in the Superior Court of the District of Columbia. The subpoenaed federal employee is not a party to that action.

2. A copy of the subpoena is attached hereto.

3. CSOSA employee will move to quash, relying on federal law, within five days of the removal of this action or such time as this Court shall order.

4. This notice of removal is brought pursuant to 28 U.S.C. § 1442(a) and <u>Brown & Williamson Tobacco Corp. v. Williams</u>, 62 F.3d 408, 412-415 (D.C. Cir. 1995).

WHEREFORE, this matter is properly removed from the Superior Court of the District of Columbia, to this Court, pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446, and <u>Brown & Williamson Tobacco Corp. v. Williams</u>, <u>supra</u>.

Dated: April 27, 2007.

                                              Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Criminal Division

| | |
|---|---|
| UNITED STATES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GREGORY DANIELS, )<br>)<br>Defendant. )<br>_____ ) | Case No. 2006 CF2 24529<br>Judge Natalia Combs-Greene<br><br>April 30, 2007<br>Courtroom 217, 9:00 a.m. |

**NOTICE OF FILING OF NOTICE OF**
**REMOVAL OF SUBPOENA**

TO:   Laura Ferry, Esq.
       Georgetown Criminal Justice Clinic
       111 F St., N.W.
       Washington, D.C. 20001
       Atty. for Defendant

PLEASE TAKE NOTICE THAT ON April 27, 2007, Court Services and Offender Supervision Agency (CSOSA) employee, Charles Kirkland, Jr., through counsel, filed with the Clerk of the United States District Court for the District of Columbia Superior Court a Notice of Removal of the subpoena matter in the above-referenced Civil Action, pending in the Superior Court for the District of Columbia. A copy of the Notice of Removal is attached hereto. The Superior Court of the District of Columbia, with regard to the Plaintiff's Subpoena for testimony from CSOSA employee Charles Kirkland, Jr., "shall proceed no further unless and until the case is remanded." 28 U.S.C. § 1446(d).

Dated: April 27, 2007.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

Georgetown Criminal
Justice Clinic
111 F St, NW
DC 20001

# Superior Court of the District of Columbia
## CRIMINAL DIVISION
## SUBPOENA

RECVD OGC APR 17'07 AM 11:09

In forma pauperis

UNITED STATES
~~DISTRICT OF COLUMBIA~~

Case No. 2006 CF2 24529

vs.

Gregory Daniels

To: Charles Kirkland, Jr. c/o General Counsel, CSOSA, 633 Indiana Avenue, NW/DC 20004

**YOU ARE HEREBY COMMANDED:**

To appear before the Criminal Division ~~room~~/courtroom __217__ of the Superior Court of the District of Columbia, 500 Indiana Avenue/~~Judiciary Center, 555 Fourth Street~~, N.W., Washington, D.C. on the __30__ day of __April__, 20__07__, at __9:00__ a.m./~~p.m.~~ as a witness for __the defense__

☐ and bring with you _____

and do not depart from the Court without leave thereof.

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia, and the seal of said Court this __16__ day of __April__, 20__07__.

_____
Officer in Charge        District

Laura Ferry
Attorney for ~~Government~~/Defendant

Phone No. 202-662-9586

Clerk, Superior Court of the District of Columbia

Authorization as required by D.C. Code § 14-307 and *Brown v. U.S.*, 567 A. 2d 426 (D.C. 1989), is hereby given for issuance of subpoena for medical records.

_____ Date   _____ Judge

**RETURN ON THIS SUBPOENA IS REQUIRED ON OR BEFORE THIS DATE:**

☑ I hereby certify that I have personally served, or have executed as shown in "REMARKS," the above subpoena on the individual at the address below.

| Name and Title of Individual Served — Renee Barley | Address (If different than shown above) |
|---|---|
| Renee Barley, POIA Officer | |

☐ I hereby certify that, after diligent investigation, I am unable to locate the individuals, company, corporation, etc., named in above subpoena for the reason(s) as shown in "REMARKS."

| Date(s) of Endeavor | Date and Time of Service |
|---|---|
| | 4/17/07  11:10 AM |
| **REMARKS** | Signature of Title of Server |
| | Laura Ferry |

CD-1072/Jan. 00                                     *U.S. GPO: 2000-520-518/94582

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _27th_ day of April, 2007, I caused service of the following: Notice of Filing of Notice of Removal and Notice of Removal, to be made on defendant, through counsel, by first class mail postage prepaid and addressed to:

Laura Ferry, Esq.
Georgetown Criminal Justice Clinic
111 F St., N.W.
Washington, D.C. 20001

Atty. for Defendant

CLAIRE WHITAKER
Assistant United States Attorney